UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 OCT 29 AM 9: 31

UNITED STATES OF AMERICA,  )   Magistrate Case No. **'07 MJ 2516**
                          )
     Plaintiff,           )   **COMPLAINT FOR VIOLATION OF**
                          )
     v.                   )   Title 8, U.S.C., Section 1324(a)(2)(B)(iii)
                          )   Bringing in Alien
Gabriel HERNANDEZ-Sanchez )   Without Presentation
                          )
                          )
     Defendant.           )
_____)

The undersigned complainant being duly sworn states:

On or about **October 23, 2007**, at the **San Ysidro Port** of Entry, within the Southern District of California, defendant **Gabriel HERNANDEZ-Sanchez,** with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that an alien, namely, **Maribel SALGADO-Fernandez** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
Mario Avila, U.S. Customs and Border
Protection Enforcement Officer

Sworn to before me and subscribed in my presence this **29th** day of **October 2007.**

_____
United States Magistrate Judge

**Probable Cause Statement**

I, Customs and Border Protection Officer Sara Esparagoza, declare under penalty of perjury, the following is true and correct;

The complainant states that **Maribel SALGADO-Fernandez** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 23, 2007 at approximately 11:25 PM, **Gabriel HERNANDEZ-Sanchez (Defendant)**, made application for admission into the United States at the San Ysidro Port of Entry. Defendant was the driver of a 1986 BMW. During primary inspection, defendant gave a negative Customs declaration, declared United States citizenship and presented his United States passport. A Customs and Border Protection (CBP) primary officer queried Defendant by name and date of birth and received a computer generated lookout. The officer referred the vehicle to secondary for a more thorough inspection.

In secondary, a human being was found concealed behind the rear seat backrest of the vehicle. The backrest was pulled upward and a female was assisted and removed from the concealment location. Further investigation revealed the female to be a citizen and native of Mexico who has no entitlements to enter the United States and she is now identified as material witness **Maribel SALGADO-Fernandez.**

During a videotaped proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted knowledge to the concealed alien. Defendant stated that he was to receive $600.00 USD after he successfully smuggled the alien into the United States and returned to Mexico with the vehicle.

The material witness declared she is a citizen of Mexico who has no legal right to enter the United States. Material witness stated she made her own smuggling arrangements and was to pay $600.00 upon her arrival to the United States. Material Witness stated she intended to go to San Ysidro, California.

Executed on **October 24, 2007 at 10:00 AM**

Sara Esparagoza, CBP Enforcement Officer

On the basis of the facts in the Probable Cause Statement consisting of one page, I find probable cause to believe that the defendant named in this statement committed the offense on **October 23, 2007**, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

United States Magistrate Judge            10/24/07 at 1:48 pm
                                           Date and Time