1  **HEATHER R. ROGERS**
   California State Bar No. 229519
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone: (619) 234-8467
4  Facsimile:   (619) 687-2666
   e-mail: heather_rogers@fd.org
5
6  Attorneys for Defendant Mr. Hernandez-Sanchez

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   Case No.  07mj2516-BLM
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )
                                      )   **NOTICE OF APPEARANCE**
14 | GABRIEL HERNANDEZ-SANCHEZ,        )
                                      )
15 |         Defendant.                )
                                      )

16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Heather R. Rogers, and Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19 in the above-captioned case.

20                                          Respectfully submitted,

21 Dated:  October 30, 2007                  *s/ Heather R. Rogers*
                                            HEATHER R. ROGERS
22                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
23                                          heather_rogers@fd.org

24

25

26

27

28