1 **HEATHER R. ROGERS**
California State Bar No. 229519
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile:   (619) 687-2666
e-mail: heather_rogers@fd.org
5

6 Attorneys for Mr. Hernandez-Sanchez

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 07mj2516 |
| 12            Plaintiff, | ) | |
| 13 v. | ) | **PROOF OF SERVICE** |
| 14 **GABRIEL HERNANDEZ-SANCHEZ,** | ) | |
| 15            Defendant. | ) | |

16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **Assistant United States Attorney**
         efile.dkt.gc1@usdoj.gov
21

22 Dated: October 30, 2007                             _s/ Heather R. Rogers_
                                                       **HEATHER R. ROGERS**
23                                                     Federal Defenders
                                                       225 Broadway, Suite 900
24                                                     San Diego, CA 92101-5030
                                                       (619) 234-8467  (tel)
25                                                     (619) 687-2666  (fax)
                                                       e-mail: heather_rogers@fd.org
26

27

28