```
 1  KAREN P. HEWITT
    United States Attorney
 2  RANDY K. JONES
    Assistant U.S. Attorney
 3  California State Bar No. 141711
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 557-5684
    randy.jones2@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3074-BTM |
| 11 | Plaintiff, ) ) | NOTICE OF APPEARANCE |
| 12 | v. ) | |
| 13 | GABRIEL HERNANDEZ-SANCHEZ, ) | |
| 14 | Defendant. ) | |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23  activity in this case:

24      <u>Name</u> (If none, enter "None" below)

25          None

26  //

27  //

28  //

1   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4   association):

5   <u>Name</u>     (If none, enter "None" below)
6       None.

7

8   Please call me if you have any questions about this notice.
9   DATED:  June 9, 2008

                                        Respectfully submitted,
10
                                        KAREN P. HEWITT
11                                      United States Attorney

12                                      s/Randy K. Jones
                                        _____
13                                      RANDY K. JONES
                                        Assistant United States Attorney
14                                      Attorneys for Plaintiff
                                        United States of America
15                                      Email: randy.jones2@usdoj.gov

16

17

...

27
    Notice of Appearance
28  United States v. Hernandez-Sanchez          2                        07CR3074-BTM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3074-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| GABRIEL HERNANDEZ-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1. Dorothy Rees Shelton, dsheltonlaw@aol.com**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2008          s/ Randy K. Jones
                                  RANDY K. JONES

Notice of Appearance
United States v. Hernandez-Sanchez          3          07CR3074-BTM